B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number **11−00063**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/11/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard Leonard Radford
PO Box 678
Kihei, HI 96753

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 11−00063 | xxx−xx−8890 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Ramon J. Ferrer<br>Law Office of Ramon J. Ferrer<br>135 S. Wakea, Suite 204<br>Kahului, HI 96732<br>Telephone number: 808−891−1414 | Richard A. Yanagi<br>1136 Union Mall, #303<br>Honolulu, HI 96813<br>Telephone number: 808.599.0339 |

## Meeting of Creditors

Date: **February 22, 2011**     Time: **11:30 AM**
Location: **J. Walter Cameron Center, 95 Mahalani Street, Wailuku, HI**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 4/25/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813<br>Telephone number: (808) 522−8100 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: 1/11/11 |

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0975-1           User: lisa              Page 1 of 1              Date Rcvd: Jan 12, 2011
Case: 11-00063                 Form ID: b9a            Total Noticed: 20
```

The following entities were noticed by first class mail on Jan 14, 2011.
```
db          +Richard Leonard Radford,    PO Box 678,    Kihei, HI  96753-0678
aty         +Ramon J. Ferrer,    Law Office of Ramon J. Ferrer,    135 S. Wakea, Suite 204,
              Kahului, HI  96732-1385
1065818      Art and Cathy Tai,    3850 Kalai Waa Drive,    Kihei, HI  96753
1065821     +Chase Home Mortgage,    PO Box 24696,    Columbus, OH  43224-0696
1065825     +Kathleen and Rose Mine,    511 Kupulau Drive,    Kihei, HI  96753-9315
1065827     +Medcah Inc.,    320 Uluniu St., Ste 5,    Kailua, HI  96734-2529
1065828     +Mercedes-Benz Financial Services,    PO Box 961,    Roanoke, TX  76262-0961
1065832      State of Hawaii Dept. of Taxation,    Attn Bankruptcy Unit,    PO Box 259,
              Honolulu, HI  96809-0259
```
The following entities were noticed by electronic transmission on Jan 13, 2011.
```
tr          +EDI: QRAYANAGI.COM Jan 12 2011 23:18:00      Richard A. Yanagi,    1136 Union Mall, #303,
              Honolulu, HI  96813-2711
1065817     +EDI: AMEREXPR.COM Jan 12 2011 23:18:00      American Express,    PO Box 981537,
              El Paso, TX  79998-1537
1065819      EDI: BANKAMER2.COM Jan 12 2011 23:18:00      Bank of America,    PO Box 15028,
              Wilmington, DE  19850-5028
1065820     +E-mail/PDF: ebknotice@boh.com Jan 13 2011 03:15:08      Bank of Hawaii,
              Bankoh Collection Services #273,    PO Box 2900,    Honolulu, HI  96846-0001
1065822     +EDI: RMSC.COM Jan 12 2011 23:18:00      GE Money Bank/Chevron,    PO Box 981432,
              El Paso, TX  79998-1432
1065823      EDI: RMSC.COM Jan 12 2011 23:18:00      Green Tree Servicing,    332 Minnesota Street, Ste. 610,
              Saint Paul, MN  55101
1065824     +EDI: CITICORP.COM Jan 12 2011 23:18:00      Home Depot/Citibank,    PO Box 6497,
              Sioux Falls, SD  57117-6497
1065826     +EDI: LTDFINANCIAL.COM Jan 12 2011 23:23:00      LTD Financial Services,
              7322 Southwest Fwy., Ste 1600,    Houston, TX  77074-2053
1065829     +EDI: MID8.COM Jan 12 2011 23:18:00      Midland Credit Management Inc.,    8875 Aero Drive, Suite 2,
              San Diego, CA  92123-2251
1065830     +Fax: 407-737-5634 Jan 13 2011 04:22:07      Ocwen Loan Servicing,    1661 Worthington Rd., Ste. 100,
              West Palm Beach, FL  33409-6493
1065831     +EDI: CFSX.COM Jan 12 2011 23:18:00      Paragon Way Inc.,    2101 W. Ben White Blvd.,
              Austin, TX  78704-7516
1065833     +EDI: WFFC.COM Jan 12 2011 23:18:00      Wells Fargo Financial Cards,    3201 N4th Ave.,
              Sioux Falls, SD  57104-0700
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2011                    Signature:        *Joseph Speetjens*